# EXHIBIT 1

**<u>Index of Exhibits to Murphy-Brown LLC's Memorandum In Support of Its Motion to Exclude Expert Testimony of Dr. Thomas N. Hubbard</u>**

| | |
|---|---|
| Exhibit 1: | Index of Exhibits to Murphy-Brown LLC's Memorandum In Support of Its Motion to Exclude Expert Testimony of Dr. Thomas N. Hubbard |
| Exhibit 2: | Expert Report of Dr. Thomas N. Hubbard |
| Exhibit 3: | Transcript of February 6, 2017, Deposition of Dr. Thomas N. Hubbard |
| Exhibit 4: | Excerpts from November 15, 2016, Deposition of Dr. Terry Coffey |
| Exhibit 5: | Expert Report of Dr. Nicholas E. Piggott |
| Exhibit 6: | Excerpts from March 1, 2017, Deposition of Dr. Viney P. Aneja |
| Exhibit 7: | Excerpt from N. Gregory Mankiw, *Principles of Microeconomics* (5th ed. 2009) |