# EXHIBIT 7

# PRINCIPLES OF
# Microeconomics

## FIFTH EDITION



## N. GREGORY MANKIW

HARVARD UNIVERSITY



## SOUTH-WESTERN
### CENGAGE Learning™

Australia • Brazil • Japan • Korea • Mexico • Singapore • Spain • United Kingdom • United States

Case 7:14-cv-00180-BR     Document 73-7     Filed 02/19/18     Page 2 of 5

## How a Tax Affects Market Participants

Let's use the tools of welfare economics to measure the gains and losses from a tax on a good. To do this, we must take into account how the tax affects buyers, sellers, and the government. The benefit received by buyers in a market is measured by consumer surplus—the amount buyers are willing to pay for the good minus the amount they actually pay for it. The benefit received by sellers in a market is measured by producer surplus—the amount sellers receive for the good minus their costs. These are precisely the measures of economic welfare we used in Chapter 7.

What about the third interested party, the government? If $T$ is the size of the tax and $Q$ is the quantity of the good sold, then the government gets total tax revenue of $T \times Q$. It can use this tax revenue to provide services, such as roads, police, and public education, or to help the needy. Therefore, to analyze how taxes affect economic well-being, we use the government's tax revenue to measure the public benefit from the tax. Keep in mind, however, that this benefit actually accrues not to government but to those on whom the revenue is spent.

Figure 2 shows that the government's tax revenue is represented by the rectangle between the supply and demand curves. The height of this rectangle is the size of the tax, $T$, and the width of the rectangle is the quantity of the good sold, $Q$. Because a rectangle's area is its height times its width, this rectangle's area is $T \times Q$, which equals the tax revenue.

**Welfare without a Tax**   To see how a tax affects welfare, we begin by considering welfare before the government imposes a tax. Figure 3 shows the supply-and-demand diagram and marks the key areas with the letters A through F.

Without a tax, the equilibrium price and quantity are found at the intersection of the supply and demand curves. The price is $P_1$, and the quantity sold is $Q_1$.



"You know, the idea of taxation *with* representation doesn't appeal to me very much, either."



CARTOON: ©2002 THE NEW YORKER COLLECTION FROM CARTOONBANK.COM. ALL RIGHTS RESERVED.

**FIGURE 2**

**Tax Revenue**
The tax revenue that the government collects equals $T \times Q$, the size of the tax $T$ times the quantity sold $Q$. Thus, tax revenue equals the area of the rectangle between the supply and demand curves.

**3 FIGURE**

**How a Tax Affects Welfare**

A tax on a good reduces consumer surplus (by the area B + C) and producer surplus (by the area D + E). Because the fall in producer and consumer surplus exceeds tax revenue (area B + D), the tax is said to impose a deadweight loss (area C + E).

|  | Without Tax | With Tax | Change |
|---|---|---|---|
| Consumer Surplus | A + B + C | A | −(B + C) |
| Producer Surplus | D + E + F | F | −(D + E) |
| Tax Revenue | None | B + D | +(B + D) |
| Total Surplus | A + B + C + D + E + F | A + B + D + F | −(C + E) |

The area C + E shows the fall in total surplus and is the deadweight loss of the tax.



Because the demand curve reflects buyers' willingness to pay, consumer surplus is the area between the demand curve and the price, A + B + C. Similarly, because the supply curve reflects sellers' costs, producer surplus is the area between the supply curve and the price, D + E + F. In this case, because there is no tax, tax revenue equals zero.

Total surplus, the sum of consumer and producer surplus, equals the area A + B + C + D + E + F. In other words, as we saw in Chapter 7, total surplus is the area between the supply and demand curves up to the equilibrium quantity. The first column of the table in Figure 3 summarizes these conclusions.

**Welfare with a Tax** Now consider welfare after the tax is enacted. The price paid by buyers rises from $P_1$ to $P_B$, so consumer surplus now equals only area A (the area below the demand curve and above the buyer's price). The price received by sellers falls from $P_1$ to $P_S$, so producer surplus now equals only area F (the area above the supply curve and below the seller's price). The quantity sold falls from $Q_1$ to $Q_2$, and the government collects tax revenue equal to the area B + D.

Case 7:14-cv-00180-BR    Document 73-7    Filed 02/19/18    Page 4 of 5

To compute total surplus with the tax, we add consumer surplus, producer surplus, and tax revenue. Thus, we find that total surplus is area A + B + D + F. The second column of the table summarizes these results.

**Changes in Welfare** We can now see the effects of the tax by comparing welfare before and after the tax is enacted. The third column of the table in Figure 3 shows the changes. The tax causes consumer surplus to fall by the area B + C and producer surplus to fall by the area D + E. Tax revenue rises by the area B + D. Not surprisingly, the tax makes buyers and sellers worse off and the government better off.

The change in total welfare includes the change in consumer surplus (which is negative), the change in producer surplus (which is also negative), and the change in tax revenue (which is positive). When we add these three pieces together, we find that total surplus in the market falls by the area C + E. *Thus, the losses to buyers and sellers from a tax exceed the revenue raised by the government.* The fall in total surplus that results when a tax (or some other policy) distorts a market outcome is called the **deadweight loss**. The area C + E measures the size of the deadweight loss.

To understand why taxes impose deadweight losses, recall one of the *Ten Principles of Economics* in Chapter 1: People respond to incentives. In Chapter 7, we saw that free markets normally allocate scarce resources efficiently. That is, the equilibrium of supply and demand maximizes the total surplus of buyers and sellers in a market. When a tax raises the price to buyers and lowers the price to sellers, however, it gives buyers an incentive to consume less and sellers an incentive to produce less than they would in the absence of the tax. As buyers and sellers respond to these incentives, the size of the market shrinks below its optimum (as shown in the figure by the movement from $Q_1$ to $Q_2$). Thus, because taxes distort incentives, they cause markets to allocate resources inefficiently.

**deadweight loss**
the fall in total surplus that results from a market distortion, such as a tax

## DEADWEIGHT LOSSES AND THE GAINS FROM TRADE

To gain some intuition for why taxes result in deadweight losses, consider an example. Imagine that Joe cleans Jane's house each week for $100. The opportunity cost of Joe's time is $80, and the value of a clean house to Jane is $120. Thus, Joe and Jane each receive a $20 benefit from their deal. The total surplus of $40 measures the gains from trade in this particular transaction.

Now suppose that the government levies a $50 tax on the providers of cleaning services. There is now no price that Jane can pay Joe that will leave both of them better off after paying the tax. The most Jane would be willing to pay is $120, but then Joe would be left with only $70 after paying the tax, which is less than his $80 opportunity cost. Conversely, for Joe to receive his opportunity cost of $80, Jane would need to pay $130, which is above the $120 value she places on a clean house. As a result, Jane and Joe cancel their arrangement. Joe goes without the income, and Jane lives in a dirtier house.

The tax has made Joe and Jane worse off by a total of $40 because they have each lost $20 of surplus. But note that the government collects no revenue from Joe and Jane because they decide to cancel their arrangement. The $40 is pure deadweight loss: It is a loss to buyers and sellers in a market that is not offset by an increase in government revenue. From this example, we can see the ultimate source of deadweight losses: *Taxes cause deadweight losses because they prevent buyers and sellers from realizing some of the gains from trade.*

Case 7:14-cv-00180-BR    Document 73-7    Filed 02/19/18    Page 5 of 5