# EXHIBIT 1

**Index of Exhibits to Murphy-Brown LLC's Memorandum In Support of Its Motion to Exclude Expert Testimony of Dr. C. Robert Taylor**

| | |
|---|---|
| Exhibit 1: | Index of Exhibits to Murphy-Brown LLC's Memorandum In Support of Its Motion to Exclude Expert Testimony of Dr. C. Robert Taylor |
| Exhibit 2: | Transcript of January 30, 2017, Deposition of Dr. C. Robert Taylor |
| Exhibit 3: | Excerpts from February 6, 2017, Deposition of Dr. Thomas N. Hubbard |
| Exhibit 4: | Excerpt from N. Gregory Mankiw, *Principles of Microeconomics* (5th ed. 2009) |