# EXHIBIT 4

PRINCIPLES OF

# Microeconomics

FIFTH EDITION



N. GREGORY MANKIW

HARVARD UNIVERSITY

SOUTH-WESTERN
CENGAGE Learning™

Australia • Brazil • Japan • Korea • Mexico • Singapore • Spain • United Kingdom • United States

Case 7:14-cv-00180-BR Document 75-4 Filed 02/19/18 Page 2 of 3



FYI

## *Monopsony*

On the preceding pages, we built our analysis of the labor market with the tools of supply and demand. In doing so, we assumed that the labor market was competitive. That is, we assumed that there were many buyers and sellers of labor, so each buyer or seller had a negligible effect on the wage.

Yet imagine the labor market in a small town dominated by a single large employer. That employer can exert a large influence on the going wage, and it may well use that market power to alter the outcome. Such a market in which there is a single buyer is called a *monopsony*.

A monopsony (a market with one buyer) is in many ways similar to a monopoly (a market with one seller). Recall from Chapter 15 that a monopoly firm produces less of the good than would a competitive firm; by reducing the quantity offered for sale, the monopoly firm moves along the product's demand curve, raising the price and also its profits. Similarly, a monopsony firm in a labor market hires fewer workers than would a competitive firm; by reducing the number of jobs available, the monopsony firm moves along the labor supply curve, reducing the wage it pays and raising its profits. Thus, both monopolists and monopsonists reduce economic activity in a market below the socially optimal level. In both cases, the existence of market power distorts the outcome and causes deadweight losses.

This book does not present the formal model of monopsony because, in the world, monopsonies are rare. In most labor markets, workers have many possible employers, and firms compete with one another to attract workers. In this case, the model of supply and demand is the best one to use.

**capital**
the equipment and structures used to produce goods and services

The meaning of the terms *labor* and *land* is clear, but the definition of *capital* is somewhat tricky. Economists use the term **capital** to refer to the stock of equipment and structures used for production. That is, the economy's capital represents the accumulation of goods produced in the past that are being used in the present to produce new goods and services. For our apple firm, the capital stock includes the ladders used to climb the trees, the trucks used to transport the apples, the buildings used to store the apples, and even the trees themselves.

## Equilibrium in the Markets for Land and Capital

What determines how much the owners of land and capital earn for their contribution to the production process? Before answering this question, we need to distinguish between two prices: the purchase price and the rental price. The *purchase price* of land or capital is the price a person pays to own that factor of production indefinitely. The *rental price* is the price a person pays to use that factor for a limited period of time. It is important to keep this distinction in mind because, as we will see, these prices are determined by somewhat different economic forces.

Having defined these terms, we can now apply the theory of factor demand that we developed for the labor market to the markets for land and capital. Because the wage is the rental price of labor, much of what we have learned about wage determination applies also to the rental prices of land and capital. As Figure 7 illustrates, the rental price of land, shown in panel (a), and the rental price of capital, shown in panel (b), are determined by supply and demand. Moreover, the

Case 7:14-cv-00180-BR Document 75-4 Filed 02/19/18 Page 3 of 3