# Exhibit 1

# Expert Report – Shane Rogers

1. I am qualified to talk about and give expert opinions on concentrated animal feeding operations (CAFOs), pollution caused by CAFOs, exposures of nearby residents of CAFOs to pollutants in manures and their residuals, treatment alternatives for CAFO manures, pathogenic microorganisms in manures, antibiotics and antibiotic resistant bacteria, host-associated genetic markers and DNA testing, and best management practices to reduce movement of pollutants from CAFOs and fields applied with their manures and residuals into the environment. Ongoing research in my laboratory investigates the fate, transport, and vectoring of pathogens, antibiotic resistant bacteria, and chemical stressors in agroecosystems, risks associated with exposure to these agents in air, water, soils, and produce grown for human consumption, and technology development to limit these risks.

A. Education

(1) 1996, B.S. Civil Engineering, Iowa State University, Ames, IA

(2) 1999, M.S. Civil (Environmental) Engineering, Iowa State University, Ames, IA

(3) 2004, Ph.D Environmental Engineering (with honors), Iowa State University, Ames, IA

B. Experience

(1) Positions held

a. Associate Professor, Department of Civil and Environmental Engineering, Clarkson University, Potsdam, NY (2013 –current)

b. Assistant Professor, Department of Civil and Environmental Engineering, Clarkson University, Potsdam, NY (2007-2013)

c. Special Government Employee, U.S. Environmental Protection Agency, Office of Research and Development, National Risk Management Research Laboratory (2008 –2013)

d. Environmental Engineer, U.S. Environmental Protection Agency, Office of Research and Development, National Risk Management Research Laboratory, Cincinnati, OH (2004 –2007)

(2) My research and development activities are varied, but focus on knowledge generation and development of technologies to improve farm systems and food production practices that support a healthy and growing population.

a. My primary research activities since 2004 with the U.S. Environmental Protection Agency and at Clarkson University have centered upon agroecosystems engineering and biotechnologies for wastewater treatment and residuals management, including genome-enabled molecular technologies for monitoring soils, air, and water quality and host-source allocation. My research in these areas has been sponsored by the U.S. Environmental Protection Agency (U.S. EPA), the U.S. Department of Agriculture (USDA), and the U.S Geological Survey (USGS).

t. Rogers, S.W. and S.K. Ong. 2000. Influence of Porous Media, Airflow Rate, and Air Channel Spacing on Benzene NAPL Removal During Air Sparging, *Environmental Science and Technology*, 34(5):764-770.

(8) I have not testified as an expert at trial or by deposition for any other case in the last four years.

2. I have reviewed materials for the eight subject sites as reflected in the reliance list of materials provided herewith.

A. Direct Owned Site

(1) Sholar Farm Facility -- Permit No. AWS820034 -- 532 Moon Johnson Road, Rose Hill, NC 28458

B. Contract Grower Sites

(2) Joey Carter Farms -- Permit No. AWS310259 -- 160 Howards Farm Road / 175 Joey Carter Lane, Beulaville NC 28518

(3) Crooked Run Farm – Permit No. AWS710012 -- 5920 NC Hwy. 11, Willard, NC 28478

(4) Willow Creek Sow farm -- Permit No. AWS710008 -- 6486 NC Hwy. 11, Willard, NC 28478

(5) Kinlaw Facility -- Permit No. AWS090133 -- 265 Porky's Lane beyond Pearl Lloyd Road and Wright Lloyd Road, White Oak, NC 28399

(6) Paul Stanley 7 -- Permit No. AWS710043 -- 4006 Piney Woods Rd., Watha, NC 28478

(7) Greenwood 1 -- Permit No. AWS710090 -- 7448 Piney Woods Road, Watha NC 28478

(8) Greenwood 2 -- Permit No. AWS710017 -- 6526 Piney Woods Rd., Watha, NC 28478.

3. I and/or other members of our team have toured seven of the eight subject sites, took measurements on site, and collected samples from the sites for testing, where permitted to enter the sites by the defendant. I would like to visit Crooked Run facility when it is restocked with hogs. Nonetheless, as discussed below, my study and findings from the other sites are sufficient for me to form opinions regarding Crooked Run.

A. Direct Owned Site

(1) Sholar Farm Facility -- Permit No. AWS820034

B. Contract Grower Sites

(2) Joey Carter Farms -- Permit No. AWS310259
(3) Willow Creek Sow farm -- Permit No. AWS710008
(4) Kinlaw Facility -- Permit No. AWS090133
(5) Paul Stanley 7 -- Permit No. AWS710043
(6) Greenwood 1 -- Permit No. AWS710090

Table 9. Summary of DNA testing for pig feces (pig2bac) on the homes of the clients

| Date | Residence | Address | Case | Results |
|---|---|---|---|---|
| 2/2/2016 | Allen Johnson | 541 Moon Johnson Rd.Rose Hill, NC 28458 | Gillis | Absent |
| 2/2/2016 | Allen Johnson | 541 Moon Johnson Rd, Rose Hill, NC 28458 | Gillis | Absent |
| 2/2/2016 | Woodell McGowan | 978 Hallsville Rd, Beulaville, NC 28518 | McGowan | **Present** |
| 2/2/2016 | Woodell McGowan | 978 Hallsville Rd, Beulaville, NC 28518 | McGowan | **Present** |
| 2/2/2016 | Woodell McGowan | 978 Hallsville Rd, Beulaville, NC 28518 | McGowan | Absent |
| 2/2/2016 | Dennis McKiver | 188 Pearl Lloyd Road, White Oak, NC 28399 | McKiver | **Present** |
| 10/10/2016 | Dennis McKiver | 188 Pearl Lloyd Road, White Oak, NC 28399 | McKiver | Absent |
| 10/23/2016 | Linnill Farland | 138 Howards Farm Rd, Beulaville, NC 28518 | McGowan | **Present** |
| 10/23/2016 | Talley Saunders | 5901 Highway 11, Willard, NC 28478 | Anderson | Absent |
| 10/23/2016 | Mary Tatum | 408 Moon Johnson Rd, Rose Hill, NC 28458 | Gillis | **Present** |
| 10/24/2016 | Jimmy Jacobs | 6506 Piney Woods Rd, Willard, NC 28478 | Artis | Absent |
| 10/23/2016 | Jimmy Jacobs | 6506 Piney Woods Rd, Willard, NC 28478 | Artis | Absent |
| 10/23/2016 | Kenneth Carter | 122 Howards Farm Rd, Beulaville, NC 28518 | McGowan | Absent |
| 10/23/2016 | Tammy Lloyd | 248 Wright Lloyd Rd, White Oak, NC 28399 | McKiver | **Present** |
| 11/16/2016 | Jimmy Carr | 6506 Piney Woods Rd, Willard, NC 28478 | Artis | **Present** |
| 11/16/2016 | Gwen Pickett | 541 Moon Johnson Rd, Rose Hill, NC 28458 | Gillis | **Present** |
| 11/16/2016 | Mae Mazyck | 6031 Hwy 11, Willard, NC 28478 | Anderson | Absent |
| 11/16/2016 | McGowan | 978 Hallsville Rd, Beulaville, NC 28518 | McGowan | **Present** |
| 11/16/2016 | Joyce McKiver | 152 Pearl Lloyd Road, White Oak, NC 28399 | McKiver | **Present** |
| 11/16/2016 | Kenneth Carter | 122 Howards Farm Rd, Beulaville, NC 28518 | McGowan | **Present** |
| 11/16/2016 | Talley Saunders | 5901 Highway 11, Willard, NC 28478 | Anderson | Absent |
| 11/16/2016 | Jimmy Jacobs | 6506 Piney Woods Rd, Willard, NC 28478 | Artis | **Present** |
| 11/16/2016 | Ben Artis | 7350 Piney Woods Rd, Watha, NC 28478 | Artis | **Present** |
| 11/16/2016 | Woody Gillis | 357 Moon Johnson Rd, Rose Hill, NC 28458 | Gillis | **Present** |
| 11/16/2016 | Jerry Boney | 5878 Hwy 11, Willard, NC 28478 | Anderson | **Present** |
| 11/16/2016 | Dennis McKiver | 188 Pearl Lloyd Road, White Oak, NC 28399 | McKiver | Absent |
| 11/23/16 | Jerry Boney | 5878 Hwy 11, Willard, NC 28478 | Anderson | **Present** |
| 11/23/16 | Jerry Boney | 5878 Hwy 11, Willard, NC 28478 | Anderson | **Present** |
| 11/23/16 | Jerry Boney | 5878 Hwy 11, Willard, NC 28478 | Anderson | **Present** |
| 11/23/16 | Ben Artis | 7350 Piney Woods Rd, Watha, NC 28478 | Artis | **Present** |
| 11/23/16 | Ben Artis | 7350 Piney Woods Rd, Watha, NC 28478 | Artis | **Present** |
| 11/29/16 | Jerry Boney | 5878 Hwy 11, Willard, NC 28478 | Anderson | **Present** |
| 11/29/16 | Jimmy Jacobs | 6506 Piney Woods Rd, Willard, NC 28478 | Artis | **Present** |
| 12/28/2016 | William Murphy | 2426 Herring Rd., Rose Hill, NC 28458 | Gillis | **Present** |
| 12/28/2016 | Al Davis | 108 Howards Farm Rd, Beulaville, NC 28518 | McGowan | **Present** |
| 12/29/2016 | William Murphy | 2426 Herring Rd, Rose Hill, NC 28458 | Gillis | **Present** |
| 12/29/2016 | James Al Davis Sr. | 108 Howards Farm Rd, Beulaville, NC 28518 | McGowan | **Present** |
| 12/30/2016 | William Murphy | 2426 Herring Rd, Rose Hill, NC 28458 | Gillis | **Present** |
| 12/30/2016 | James Al Davis Sr. | 108 Howards Farm Rd, Beulaville, NC 28518 | McGowan | **Present** |

I. Several samples were also taken from the subject swine CAFOs for DNA testing for the pig2bac marker including pig manure from the barn floors, lagoon samples, environmental water samples, and swab samples from the farm and in the barns as well as air samples from within the barns. These samples were also submitted for analysis for pig2bac. Its presence at the highest concentrations at the swine houses and lagoons evidence these as sources of pig2bac in the environment and at neighbor homes.

and 24% higher at schools in which livestock odor was noticeable indoors twice per month or more relative to those with no odor.