IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-180-BR

| | |
|---|---|
| JOYCE MCKIVER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| MURPHY-BROWN LLC, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motions to exclude the expert testimony of Viney P. Aneja, Ph.D. and Jeffery Tomberlin, Ph.D. (DE ## 76, 78.) Plaintiffs' counsel has informed the court that plaintiffs do not intend to call these witnesses in their case-in-chief. Accordingly, the motions to exclude are DENIED WITHOUT PREJUDICE.

This 12 April 2018.

W. Earl Britt
Senior U.S. District Judge