IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 7:14-cv-00180-BR

| | |
|---|---|
| Joyce McKiver, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Murphy-Brown LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Don Lloyd, Administrator of the Estate of Fred Lloyd, requesting that he be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Don Lloyd, Administrator of the Estate of Fred Lloyd, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Fred Lloyd the following: "Don Lloyd, Administrator of the Estate of Fred Lloyd."

So ordered, this the 17 day of May, 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge