IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-180-BR

| | |
|---|---|
| JOYCE MCKIVER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| MURPHY-BROWN LLC d/b/a SMITHFIELD HOG PRODUCTION DIVISION, | ) |
| Defendant. | ) |

This matter is before the court on plaintiffs' motion for pre- and post-judgment interest, (DE # 278), which defendant does not oppose, (DE # 289). The motion is ALLOWED. The award of compensatory damages shall bear interest at the rate set forth in N.C. Gen. Stat. § 24-1[1] from the date of the filing of the complaint, 21 August 2014, until the entry of judgment, per annum and without compounding. The total money judgment (i.e. compensatory damages, punitive damages, pre-judgment interest, and costs, if any) shall bear interest at the legal rate at the rate set forth in 28 U.S.C. § 1961(a) from the entry of judgment until paid, computed daily and compounded annually.

This 7 June 2018.

W. Earl Britt
Senior U.S. District Judge

---

[1] The current rate is 8%. N.C. Gen. Stat. § 24-1. At that rate, the parties agree the amount of pre-judgment interest per day is $164.38.