UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-00180-BR

|                                          |     |        |
| ---------------------------------------- | --- | ------ |
|                                          | )   |        |
| JOYCE MCKIVER, et al.,                   | )   |        |
|                                          | )   |        |
| Plaintiffs,                              | )   |        |
|                                          | )   |        |
| v.                                       | )   | ORDER  |
|                                          | )   |        |
| MURPHY-BROWN LLC d/b/a                   | )   |        |
| SMITHFIELD HOG PRODUCTION                | )   |        |
| DIVISION,                                | )   |        |
|                                          |     |        |
| Defendant.                               |     |        |

This matter is before the court on defendant's unopposed motion for approval of

supersedeas bond and stay of judgment. (DE # 351.) The motion is ALLOWED. The

supersedeas bond (DE # 351-2) is approved. IT IS FURTHER ORDERED that pursuant to Rule

62(b) of the Federal Rules of Civil Procedure, execution of the 31 August 2018 judgment (DE #

318) is STAYED pending disposition of the appeal to the United States Court of Appeals for the

Fourth Circuit.

This 9 January 2019.

_____
W. Earl Britt
Senior U.S. District Judge