UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-00180-BR

JOYCE MCKIVER, et al.,              )
                                    )
                Plaintiffs,         )          ORDER
                                    )
        v.                          )
                                    )
MURPHY-BROWN, LLC,                  )
                                    )
                Defendant.          )

This matter is before the court on plaintiffs' consent motion to seal the exhibit filed at

docket entry 367.  (DE # 368.)

This action involves, in part, private nuisance claims brought on behalf of a minor

plaintiff.  (See DE # 366, at 1.)  A guardian ad litem has been appointed for the minor and the

parties have reached a settlement resolving the minor's claims.  (Id.)  On 18 March 2021,

plaintiffs filed a consent motion for approval of the minor settlement.  (DE # 365.)  Plaintiffs

also filed a consent motion to seal one exhibit in support of the motion for approval (the

"Exhibit").  (DE # 368.)  On 23 March 2021, the court provided public notice of the request to

seal the Exhibit and of the public's right to object within fourteen days.  (DE # 370.)  To date, no

objections have been filed.  For the reasons stated in Webb v. Murphy-Brown, LLC, No. 4:14-

CV-152, DE # 69 (E.D.N.C. Apr. 9, 2021), the motion is GRANTED.

This 9 April 2021.

_____
                                W. Earl Britt
                                Senior U.S. District Judge